# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-682-BAS |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL** |
| v. | |
| GABRIEL MARTINEZ-ROBLES, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, it is hereby ordered that the Indictment (ECF No. 9) in the above-captioned case be dismissed without prejudice.

**SO ORDERED.**

DATED: March 5, 2019

_____
HON. WILLIAM V. GALLO
United States District Judge